# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. ROBERT P. MCLEOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-16-1322-HE |
| | ) | |
| 1. SILVERADO RECONDITIONING SERVICE, INC., | ) ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | **ATTORNEY LIEN CLAIMED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Robert P. McLeod, hereby stipulates with the Defendant, Silverado Reconditioning Service, Inc., that his claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 22nd DAY OF JUNE, 2017.**

s/ Lauren W. Johnston
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone: 405-239-3800
Facsimile: 405-239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

s/Sarah J. Timberlake
(Signed with permission)
Sarah J. Timberlake, OBA #7532

Sara E. Potts, OBA # 32104  
DOERNER, SAUNDERS, DANIEL &  
   ANDERSON, L.L.P.  
105 N. Hudson Ave., Suite 1000  
Oklahoma City, OK 73102  
Tele: 405-319-3500  
Fax: 405-319-3509  
stimberlake@dsda.com  
spotts@dsda.com  
*Counsel for Defendant*